UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | CASE NO. 1:17-MD-2804 |
| THE COUNTY OF PIKE | ) ) | |
|    v. Teva Pharmaceuticals USA, Inc., et al. | ) | |
|    Civil Action No. 7:17-CV-00193 | ) | |
|    Member Case No. 1:18-0P-45368 | ) | |
| AND | ) | Proceeding in the United States |
|    v. | ) | District Court for the Eastern |
| | ) | District of Kentucky |
| THE COUNTY OF FLOYD | ) | |
|    v. Purdue Pharma L.P., et al. | ) | |
|    Civil Action No. 7:17-CV-00186 | ) | |
|    Member Case No. 1:18-0P-45369 | ) | |
| | ) | |
| AND | ) | |
|    v. | ) | |
| THE COUNTY OF KNOTT | ) | |
|    v. Purdue Pharma, L.P., et al. | ) | |
|    Civil Action No. 7:18-CV-0006 | | |
|    Member Case No. 1:18-OP-45370 | ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that Attorney Matthew P. Cook of Kerrick Bachert, PSC,1025 State Street, Bowling Green, KY 42101; (270)782-8160 hereby enter their appearance as counsel for Defendant, Richie Enterprises, LLC, d/b/a Richie Pharmacal.

This May 29, 2018.

KERRICK BACHERT, PSC
1025 State Street
Bowling Green KY 42101
270-782-8160
mcook@kerricklaw.com

/s/Matthew P. Cook
Matthew P. Cook
*Attorneys for Defendant, Richie*
*Enterprises, LLC d/b/a Richie*
*Pharmacal*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic notification of such filing to all counsel of record in this action

/s/  Matthew P. Cook
Matthew P. Cook
ATTORNEY FOR DEFENDANT, RICHIE
ENTERPRISES, LLC D/B/A RICHIE PHARMACAL